UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS L. ELDER

    Petitioner,

        v.                         Civil No. 16-cv-1228-JPG

UNITED STATES OF AMERICA,        Criminal No 03-cr-40077-JPG

    Respondent.

### JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Travis L. Elder's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Travis L. Elder and that this case is dismissed with prejudice.

**DATED: February 1, 2017**        **JUSTINE FLANAGAN, Acting Clerk of Court**

                                          ***s/Tina Gray*, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**